**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Kristen L. Tranetzki,** OSB No. 115730
tranetzkik@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BENIGNA ANDRADE-MAGANA,** | Case No. 3:12-cv-0460-AC |
| Plaintiff, | Defendants ReconTrust Company, N.A. and Federal Home Loan Mortgage Corporation's |
| v. | **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| **RECONTRUST COMPANY, N.A.** and **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) |
| Defendants. | ORAL ARGUMENT REQUESTED |

### LR 7-1 CERTIFICATE OF COMPLIANCE

Counsel for defendants ReconTrust Company, N.A. and Federal Home Loan Mortgage Corporation (collectively "defendants") certifies that she attempted to confer in good faith with plaintiff's counsel. The parties were not able to resolve this dispute.

### MOTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendants by and through their counsel of record respectfully move this Court to dismiss the Plaintiff's Complaint

PAGE 1 -   DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

with prejudice for lack of subject matter jurisdiction or failure to state a claim for which relief can be granted.

This motion is supported by defendants' accompanying Memorandum of Law in Support of the Motion to Dismiss, containing a recitation of facts and a memorandum of law, the Request for Judicial Notice, the Declaration of Kristen L. Tranetzki in Support of Defendants' Request for Judicial Notice, and the files and records of this case.

DATED:  May 18, 2012

                                              LANE POWELL PC

                                              By */s/ Kristen L. Tranetzki*
                                                  Pilar C. French, OSB No. 962880
                                                  Kristen L. Tranetzki, OSB No. 115730
                                                  Telephone: 503.778.2170
Attorneys for Defendants

PAGE 2 -   DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

116589.0557/5382109.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200