**Bowles Fernández Law LLC**
Jeffrey A. Myers, OSB No. 094561
jeff@bowlesfernandez.com
John Bowles, OSB No. 971497
john@bowlesfernandez.com
Timothy Zimmerman, OSB No. 873765
tim@bowlesfernandez.com
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Phone:  503-726-5930
Fax: 503-406-2428

IN THE DISTRICT COURT FOR THE UNITED STATES

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENIGNA ANDRADE-MAGANA,<br><br>                    Plaintiff,<br>     v.<br><br>RECONTRUST COMPANY, N.A.; and FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>                    Defendants. | Case No.: 3:12-CV-0460-AC<br><br>NOTICE OF ATTORNEY WITHDRAWAL |

     PLEASE TAKE NOTICE that Timothy J. Zimmerman of Bowles Fernandez Law LLC is withdrawing as an attorney of record for Plaintiffs.

     Plaintiffs shall continue to be represented by Jeffrey A. Myers and John P. Bowles of Bowles Fernandez Law LLC.  We request that the Court remove Timothy J. Zimmerman from

/ / /

all future electronic notices regarding this case.

    Dated:  September 6, 2012

/s/   Timothy J. Zimmerman
Timothy J. Zimmerman, OSB No. 873765
Of Attorneys for Plaintiffs