**Bowles Fernández Law LLC**
Jeffrey A. Myers, OSB No. 094561
jeff@bowlesfernandez.com
John Bowles, OSB No. 971497
john@bowlesfernandez.com
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Phone:  503-726-5930
Fax: 503-406-2428

IN THE DISTRICT COURT FOR THE UNITED STATES

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENIGNA ANDRADE-MAGANA, <br><br>              Plaintiff,<br>  v.<br><br>RECONTRUST COMPANY, N.A.; and FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>              Defendants. | Case No.: 3:12-CV-0460-AC<br><br>NOTICE OF ATTORNEY WITHDRAWAL |

PLEASE TAKE NOTICE that John Bowles, Jeffrey A. Myers, and Richard M. Fernández of Bowles Fernández Law LLC are withdrawing as attorneys of record for Plaintiffs.

Plaintiff has not appointed new counsel. Plaintiff may be reached as follows:

Begnina Andrade-Magana; 16201 Lake Forest Blvd., Lake Oswego, OR 97035; Phone – 503-880-3103; email – ninanotarynow@gmail.com.

We request that the Court remove the above-named attorneys as attorneys for record in this matter and remove the above-named attorneys from all future electronic notices regarding this case.

DATED this 3rd day of June, 2013.

/s/ __JEFFREY A. MYERS_____
Jeffrey A. Myers, OSB No. 094561

/s/__Richard M. Fernandez_____
Richard M. Fernández, OSB No. 965181

/s/__John Bowles_____
John Bowles, OSB No. 971497

Cc: Plaintiff